634 A.2d 612

**A.B., An Undisclosed Public Official, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, STATE ETHICS COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1992.

Decided Dec. 14, 1993.

Thomas G. Saylor, Jr., Richard D. Michael, Harrisburg, for appellant.

Vincent J. Dopko, Chief Counsel S.E.C., John J. Contino, Executive Director, for appellee.

Before NIX, C.J., and ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed. *See West Shore School Dist. v. Pennsylvania Labor Relations Bd.*, 534 Pa. 164, 626 A.2d 1131 (1993).

LARSEN and FLAHERTY, JJ., did not participate in the consideration or decision of this case.